# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EFRAIN CABALLERO, | ) | Case No. CV 10-3316 FMO (JCG) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| LELAND MCEWEN, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 15, 2013

_____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE